AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED / LOGGED / ENTERED / RECEIVED
NOV 09 2017
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America
v.

Eric Troy Snell

Defendant

Case No. CCB-17-0602

2017 NOV -9 PH 3:4
U.S. MARSHAL
BALTIMORE, MD

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Eric Troy Snell
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine; 21 U.S.C. § 841
Aiding and Abetting; 18 U.S.C. § 2

Date: Nov. 9, 2017

*Issuing officer's signature*

City and state: Baltimore, Maryland

Stephanie A Gallagher USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* 11/9/2017, and the person was arrested on *(date)* 11/14/2017
at *(city and state)* Balt, MD

Date: 2/20/2018

*Arresting officer's signature*

Signed For Acevts SDUSM Tom McDaniel
*Printed name and title*