UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC TROY SNELL<br><br>**Defendant.** | **CRIMINAL NO. 17-602-CCB** |

## ORDER

The Court finds, upon the Government's second motion dated April 11, 2018 that pursuant to Title 18, United States Code, Section 3161(h)(7), the interests of justice will be served by continuing the trial date beyond the speedy trial date and that the ends of justice served by such a delay in the trial of this case outweigh the interests of the public and the Defendants in a speedy trial, in that:

    a.    the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

    b.    this case involves some complex issues and significant discovery and thus it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act;

    c.    the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendants and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

    d.    it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.

THEREFORE, IT IS HEREBY ORDERED this _13st_ day of _Sept_, 2018, that the period from January 31, 2018 through October 29, 2018, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h), for the reasons set forth above.

_____
THE HONORABLE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE